UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dina Bryuhanova,   Civil No. 13-2170 (DWF/LIB)

      Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

Internal Revenue Service,

      Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 24, 2014. (Doc. No. 23.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Leo I. Brisbois's Report and Recommendation (Doc. No. [23]) is **ADOPTED**.

2. Defendant's Motion to Dismiss (Doc. No. [10]) is **GRANTED**.

3. Plaintiff's Complaint (Doc. No. [1]) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 14, 2014              s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge